IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CORBIN LEROY YOUNG, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:24-cv-05180-LMM |
| FANNIE MAE, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [18]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [18], as its opinion: this action is **DISMISSED WITHOUT PREJUDICE** under Rule 4(m) of the Federal Rules of Civil Procedure for failure to timely effect service of process and under Rule 41.3(A) of

the Local Rules of this Court for failure to follow the Court's lawful orders. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 2nd day of October, 2025.

**Leigh Martin May**
**Chief United States District Judge**